# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SYNERON MEDICAL LTD., CANDELA CORPORATION, AND MASSACHUSETTS GENERAL HOSPITAL <br><br> Plaintiffs, <br><br> v. <br><br> ILOODA CO., LTD., CUTERA, INC., EMVERA TECHNOLOGIES, LLC, AND ROHRER AESTHETICS, LLC, <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:18-cv-10679-WGY |

## DEFENDANTS' UNOPPOSED MOTION TO STAY

Pursuant to 28 U.S.C. § 1659(a), defendants Ilooda Co., Ltd., Cutera, Inc., Emvera Technologies, LLC, and Rohrer Aesthetics, LLC ("Defendants") respectfully move the Court to: (1) stay this case until the parallel investigation in the International Trade Commission ("ITC"), Inv. No. 337-TA-1112, becomes final; and (2) schedule the date for Defendants to move, answer, or otherwise respond to Plaintiffs' Complaint in this action to 30 days after the Court rules on this motion or until the determination of the ITC Investigation becomes final, whichever is later.

As detailed in the accompanying memorandum, Defendants in this action are named as Respondents in the ITC investigation, the Investigation involves the same two patents that Plaintiffs are asserting in this case, and this motion is within thirty days of the institution decision of the ITC proceeding.  Accordingly, 28 U.S.C. § 1659(a) mandates a stay of this action.

In accordance with Local Rule 7.1(a)(2), counsel for Defendants have conferred with counsel for Plaintiffs.  Plaintiffs do not oppose this motion.

A Proposed Order is submitted herewith for the Court's consideration.

Dated: May 31, 2018                    /s/ John R. Casciano
                                       John R. Casciano (BBO No. 634725)
                                       John Caracappa (admitted *pro hac vice*)
                                       Matthew Bathon (admitted *pro hac vice*)
                                       Li Guo (admitted *pro hac vice*)
                                       Steptoe & Johnson LLP
                                       1330 Connecticut Ave NW
                                       Washington, DC 20036
                                       Phone: 202-429-3000
                                       Email: jcasciano@steptoe.com
                                               jcaracap@steptoe.com
                                               mbathon@steptoe.com
                                               lguo@steptoe.com


                                       *Counsel for Defendants Ilooda Co., Ltd., Cutera,*
                                       *Inc., Emvera Technologies, LLC, and Rohrer*
                                       *Aesthetics, LLC*

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Defendants have

conferred with counsel for Plaintiffs, who do not oppose the relief requested in this motion.


Dated: May 31, 2018                    */s/ John R. Casciano*
                                       John R. Casciano (BBO No. 634725)
                                       Steptoe & Johnson LLP
                                       1330 Connecticut Ave NW
                                       Washington, DC 20036
                                       Phone: 202-429-6268
                                       Email: jcasciano@steptoe.com

                                       *Counsel for Defendants Ilooda Co., Ltd., Cutera,*
                                       *Inc., Emvera Technologies, LLC, and Rohrer*
                                       *Aesthetics, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2018, this document was electronically filed through the

CM/ECF system, which will send notifications to the registered participants in this case.


Dated: May 31, 2018                  */s/ John R. Casciano*
                                     John R. Casciano (BBO No. 634725)
                                     John Caracappa (admitted *pro hac vice*)
                                     Matthew Bathon (admitted *pro hac vice*)
                                     Li Guo (admitted *pro hac vice*)
                                     Steptoe & Johnson LLP
                                     1330 Connecticut Ave NW
                                     Washington, DC 20036
                                     Phone: 202-429-3000
                                     Email: jcasciano@steptoe.com
                                            jcaracap@steptoe.com
                                            mbathon@steptoe.com
                                            lguo@steptoe.com


                                     *Counsel for Defendants Ilooda Co., Ltd., Cutera,*
                                     *Inc., Emvera Technologies, LLC, and Rohrer*
                                     *Aesthetics, LLC*